UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Tyeon Bethany,<br><br>    Plaintiff,<br> v.<br><br>T-Mobile USA, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 4:14-cv-00459-NAB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 28, 2014

                  Respectfully submitted,

                  PLAINTIFF, Tyeon Bethany

                  /s/ Sergei Lemberg

                  Sergei Lemberg, Esq.
                  **LEMBERG LAW, L.L.C.**
                  1100 Summer Street, 3rd Floor
                  Stamford, CT 06905
                  Telephone: (203) 653-2250
                  Facsimile:  (203) 653-3424
                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg

                                                 Sergei Lemberg