UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Tyeon Bethany, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:14-cv-00459-JCH |
| T-Mobile USA, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

The parties have agreed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this matter *with prejudice*, effective today; and that each party shall bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| Tyeon Bethany | T-Mobile USA, Inc. |
| /s/ Sergei Lemberg | /s/ Glennon P. Fogarty (with consent) |
| Sergei Lemberg, Esq. | Glennon P. Fogarty, MO #42983 |
| LEMBERG LAW, LLC | HUSCH BLACKWELL LLP |
| 1100 Summer Street, 3rd Floor | 190 Carondelet Plaza, Suite 600 |
| Stamford, CT 06905 | St. Louis, MO 63105 |
| (203) 653-2250 | Telephone: (314) 480-1500 |
| Attorney for Plaintiff | Facsimile: (314) 480-1505 |
| | *glennon.fogarty@huschblackwell.com* |
| | Kristine McAlister Brown (Admitted PHV) |
| | Derin B. Dickerson (Admitted PHV) |
| | ALSTON & BIRD LLP |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309 |
| | Telephone: (404) 881-7000 |
| | Facsimile: (404) 881-7777 |
| | *kristy.brown@aiston.com* |
| | *derin.dickerson@alston.com* |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2014, the foregoing was filed electronically with the Clerk of the court to be served by operation of the Court's electronic filing system upon the following:

Glennon P. Fogarty, MO #42983
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Kristine McAlister Brown
Derin B. Dickenson
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

                              By: /s/ Sergei Lemberg
                                  Sergei Lemberg